| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2013** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lewis, Mary G. | 2. Court or Organization<br><br>United States District Court, South Carolina | 3. Date of Report<br><br>05/08/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active Status | 5a. Report Type (check appropriate type)<br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>201 Magnolia Street<br>Spartanburg, South Carolina 29306 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Member | Quincunx, LLC |
| 3. | Trustee | Trust #2 |
| 4. | Member | L&B Holdings, LLC |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Agreement with L&B Holding, LLC. See VIII on the 2012 Financial Disclosure Report for terms |
| 2. | 2013 | Participant in the Lewis, Babcock & Griffin, LLP 401(K) Plan |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | L&B Holdings, LLC - Income Dreived from practice of law prior to investiture; not subject to 15% rule. | $3,348.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Lewis, Babcock & Griffin, LLP - Income derived from practice of law |
| 2. 2013 | L&B Holdings, LLC - Income derived from practice of law |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America (Merrill lynch (Wealth Management) | Line of Credit | N |
| 2. | American Express | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Geiger Partnership, partnership interest with no control | A | Distribution | M | W | | | | | |
| 2. Quincunx, LLC. member of LLC (H) | D | Distribution | L | W | | | | | |
| 3. - Rental office building & land, Columbia, SC | | | | | | | | | |
| 4. Congaree Hunt Club, partnership interest | A | Distribution | M | W | | | | | |
| 5. BB&T Common Stock | A | Dividend | J | T | | | | | |
| 6. Investment Rental Property, Columbia, SC | D | Rent | L | W | | | | | |
| 7. Investment Property, Georgetown, SC | | None | O | W | | | | | |
| 8. Investment Property, Georgetown, SC | | None | O | W | | | | | |
| 9. Investment Rental Property, Columbia, SC | E | Rent | O | W | | | | | |
| 10. Investment Rental Property, Columbia, SC | E | Rent | M | W | | | | | |
| 11. Investment Rental Property, Columbia, SC | D | Rent | M | W | | | | | |
| 12. Trust #1 (H) | | | | | | | | | |
| 13. - Cocoa Cola Com | | | | | Sold (part) | 11/12/13 | M | E | |
| 14. | D | Dividend | M | T | | | | | |
| 15. - Fairpoint Communications Inc | | None | J | T | | | | | |
| 16. - INTL Business Machines Corp IBM | C | Dividend | M | T | | | | | |
| 17. - SPDR INDEX SHS FDS | | | | | Buy | 8/22/13 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | A | Dividend | L | T | | | | | |
| 19.   - VANGUARD GROWTH ETF | | | | | Buy (add'l) | 11/12/13 | L | | |
| 20. | | | | | Buy | 7/15/13 | K | | |
| 21. | A | Dividend | M | T | | | | | |
| 22.   - BLACKROCK GLOBAL LONG SHORT CREDIT FUND CL I | A | Dividend | K | T | | | | | |
| 23.   - FIRST EAGLE GLOBAL CLASS I | | | | | Buy (add'l) | 6/10/13 | J | | |
| 24. | B | Dividend | M | T | | | | | |
| 25.   - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | B | Dividend | M | T | | | | | |
| 26.   - GOLDMAN SACHS STRATEGIC INCOME FUND CL I | | | | | Buy | 10/09/13 | L | | |
| 27. | A | Dividend | L | T | | | | | |
| 28.   - JP MORGAN STRATEGIC INCOME OPP FUND | | | | | Buy | 10/09/13 | L | | |
| 29. | A | Dividend | L | T | | | | | |
| 30.   - LOOMIS SAYLES SR FLOAT RTE & FIXD INC FD CL Y | | | | | Buy (add'l) | 06/24/13 | K | | |
| 31. | | | | | Buy | 02/12/13 | L | | |
| 32. | D | Dividend | M | T | | | | | |
| 33.   - MAINSTAY MARKETFIELD FUND CL I | A | Dividend | M | T | | | | | |
| 34.   - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | | | | | Buy (add'l) | 06/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | B | Dividend | M | T | | | | | |
| 36. - THORNBURG INVSMT INCOME BUILDER FUND CL I | | | | | Buy (add'l) | 06/10/13 | J | | |
| 37. | D | Dividend | M | | | | | | |
| 38. - UAM FPA CRESCENT PORT | | | | | Buy (add'l) | 06/10/13 | J | | |
| 39. | A | Dividend | M | T | | | | | |
| 40. -KING CNTY WASH SCH DIST NO 411 ISSAQUAH RF | B | Interest | K | T | | | | | |
| 41. - PHILADELPHIA PA SCH DIST LT A RF SCH GTD | B | Interest | K | T | | | | | |
| 42. - CARROLL CNTY MD CONS PUB IMPTS OID PRF14 JUL04 03.875%AUG01 16 | B | Interest | K | T | | | | | |
| 43. - SEATTLE WASH LT RF JUL08 05.000%DEC01 14 | A | Interest | K | T | | | | | |
| 44. - ALPHARETTA GA DEV AUTH REV GA ST UNIV FNDTN RF MAY09 05.000%NOV01 16 | A | Interest | K | T | | | | | |
| 45. - GRAND STRAND WSA SC WWKS- SS RV C RF TAXABLE NOV11 02.862%JUN01 18 | A | Interest | K | T | | | | | |
| 46. - STEPUP RNG ACRU ISS BAC MAX CPN 8.35% DUE 1/18/2023 CALL | A | Interest | J | T | | | | | |
| 47. -DOUBLELINE CR FXD IN I | | | | | Sold | 02/12/13 | L | B | |
| 48. | A | Dividend | | | | | | | |
| 49. - DOUBLELINE TOT RTRN BD I | | | | | Sold | 10/09/13 | M | A | |
| 50. | | | | | Buy | 2/12/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | D | Dividend | | | | | | | |
| 52. - EATON VNCE CMM STRT FD | | None | | | Sold | 06/10/13 | K | A | |
| 53. - ISHARES RUSSELL TOP 200 | | | | | Sold | 07/15/13 | L | D | |
| 54. | A | Dividend | | | | | | | |
| 55. - MARKET VECTORS ETF TR | | None | | | Sold | 02/12/13 | K | A | |
| 56. - NEW YORK ST | | | | | Sold | 06/17/13 | K | A | |
| 57. | A | Interest | | | | | | | |
| 58. - RS FLOATING RATE FD | | | | | Sold | 02/12/13 | L | A | |
| 59. | A | Dividend | | | | | | | |
| 60. - SSGA ACTIVE ETF TR | | | | | Sold | 08/22/13 | L | A | |
| 61. | C | Dividend | | | | | | | |
| 62. - TOCQUEVILLE GOLD FUND | | None | | | Buy | 02/12/13 | K | | |
| 63. - MAINSTAY MARKETFIELD FUND CL I | A | Dividend | M | T | | | | | |
| 64. - PIMCO ALL ASSET ALL AUTHORITY FUND CL P | A | Dividend | K | T | | | | | |
| 65. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 66. - BEAUFORT CNTY SC | A | Interest | K | T | | | | | |
| 67. - LEXINGTON CNTY SC SCH | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. - OIL CLIRN ISSUER BAC | | None | J | T | | | | | |
| 69. Trust #2 (H) | | | | | | | | | |
| 70. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 71. - AQR DIVERSIFIED ARBITRAGE FUND CL I | | | | | Buy (add'l) | 05/24/13 | J | | |
| 72. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 73. | A | Dividend | J | T | | | | | |
| 74. - BLACKROCK GLOBAL LONG SHORT CREDIT FUND CL I | | | | | Buy (add'l) | 05/24/13 | J | | |
| 75. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 76. | A | Dividend | J | T | | | | | |
| 77. - DOUBLELINE TOTAL RETURN BOND FUND CL I | | | | | Buy (add'l) | 11/01/13 | J | | |
| 78. | | | | | Sold (part) | 09/27/13 | J | A | |
| 79. | | | | | Sold (part) | 04/16/13 | J | A | |
| 80. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 81. | A | Dividend | J | T | | | | | |
| 82. - FAIRHOLME FUND | | | | | Sold (part) | 07/18/13 | J | A | |
| 83. | | | | | Sold (part) | 11/01/13 | J | A | |
| 84. | | | | | Sold (part) | 04/16/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | A | Dividend | J | T | | | | | |
| 86. - FIDELITY ADVISOR BIOTECHNOLOGY FD CL I | | | | | Buy | 07/18/13 | J | | |
| 87. | A | Dividend | J | T | | | | | |
| 88. - SPDR INDEX SHS FDS | | | | | Sold (part) | 04/16/13 | J | A | |
| 89. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 90. | A | Dividend | J | T | | | | | |
| 91. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | | None | J | T | Sold (part) | 05/24/13 | J | A | |
| 92. | | | | | Sold (part) | 04/16/13 | J | A | |
| 93. | | | | | | | | | |
| 94. - GOLDMAN SACHS STRATEGIC INCOME FUND CL I | | | | | Buy | 09/27/13 | J | | |
| 95. | A | Dividend | J | T | | | | | |
| 96. - JANUS SHORT TERM BOND FUND CL I | | | | | Buy | 12/19/13 | J | | |
| 97. | A | Distribution | J | T | | | | | |
| 98. - JP MORGAN STRATEGIC INCOME OPP FUND | | | | | Buy | 02/11/13 | J | | |
| 99. | A | Distribution | J | T | | | | | |
| 100. - KOPERNIK GLOBAL ALL CAP FUND INSTL CLASS | | None | J | T | Buy | 11/01/13 | J | | |
| 101. - LOOMIS SAYLES SR FLOAT RTE & FIXD INC FD CL Y | | | | | Sold (part) | 04/16/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Buy | 02/11/13 | J | | |
| 103. | A | Dividend | J | T | | | | | |
| 104. - MATTHEWS ASIA DIVIDEND FUND INV CLASS | | | | | Sold (part) | 04/16/13 | J | A | |
| 105. | | | | | Sold (part) | 05/24/13 | J | A | |
| 106. | A | Dividend | J | T | | | | | |
| 107. - MAINSTAY MARKETFIELD FUND CL I | | | | | Sold (part) | 04/16/13 | J | A | |
| 108. | A | Dividend | J | T | | | | | |
| 109. - THE OAKMARK INTL FUND | | | | | Buy | 05/24/13 | J | | |
| 110. | A | Dividend | J | T | | | | | |
| 111. - OPPENHEIMER GOLD & SPECIAL MINERALS FD CL Y | | None | J | T | Buy | 12/20/13 | J | | |
| 112. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | | | | | Buy (add'l) | 05/24/13 | J | | |
| 113. | A | Dividend | J | T | | | | | |
| 114. - DWS MANAGED MUNICIPAL BOND FUND CL S | | | | | Buy | 07/18/13 | J | | |
| 115. | A | Dividend | J | T | | | | | |
| 116. - FIRST EAGLE GLOBAL CLASS I | | | | | Buy (add'l) | 05/24/13 | J | | |
| 117. | A | Dividend | J | T | | | | | |
| 118. - THORNBURG INVSMT INCOME BUILDER FUND CL I | | | | | Sold | 04/16/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 120. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 121. | A | Dividend | J | T | | | | | |
| 122. - TEMPLETON GLOBAL TOTAL RETURN FUND CL ADV | | | | | Sold (part) | 04/16/13 | J | A | |
| 123. | | | | | Buy | 04/02/13 | J | | |
| 124. | A | Dividend | J | T | | | | | |
| 125. - VANGUARD GROWTH ETF | | | | | Sold (part) | 11/01/13 | J | A | |
| 126. | | | | | Buy | 06/20/13 | J | | |
| 127. | A | Dividend | J | T | | | | | |
| 128. - WELLS FARGO ABSOLUTE RETURN FD CL ADM | | | | | Buy | 12/19/13 | J | | |
| 129. | A | Dividend | J | T | | | | | |
| 130. | | | | | | | | | |
| 131. - DOUBLELINE TOT RTRN BD I | | | | | Sold | 02/11/13 | J | A | |
| 132. | A | Dividend | | | | | | | |
| 133. - FID SH INT MUNI INC INST | | | | | Sold | 07/18/13 | J | A | |
| 134. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 135. | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136.  - FPA CRESCENT PORTFOLIO | | | | | Sold | 05/24/13 | J | A | |
| 137. | A | Dividend | | | | | | | |
| 138.  - MARKET VECTORS ETF TR | | None | | | Sold | 02/11/13 | J | A | |
| 139.  - SPDR GOLD TRUST | | None | | | Sold | 07/18/13 | J | A | |
| 140. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 141.  - GATEWAY FUND | | | | | Sold | 05/24/13 | J | A | |
| 142. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 143. | A | Dividend | | | | | | | |
| 144.  - ISHARES RUSSELL TOP 200 VALUE ETF | | | | | Sold | 11/01/13 | J | A | |
| 145. | | | | | Sold (part) | 07/18/13 | J | A | |
| 146. | | | | | Sold (part) | 04/16/13 | J | A | |
| 147. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 148. | A | Dividend | | | | | | | |
| 149.  - ISHARES RUSSELL TOP 200 GROWTH ETF | | | | | Sold | 06/20/13 | J | B | |
| 150. | | | | | Sold (part) | 04/16/13 | J | A | |
| 151. | A | Dividend | | | | | | | |
| 152.  - L SAYLES STRT INC CL Y | | | | | Sold | 04/02/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | A | Dividend | | | | | | | |
| 154. - PIMCO ALL ASSET ALL AUTHORITY FUND CL P | | | | | Sold | 12/19/13 | J | A | |
| 155. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 156. | A | Dividend | | | | | | | |
| 157. - PRIN PRFD SEC FD CL P SECURITIES FUND CL P | | | | | Sold | 02/11/13 | J | A | |
| 158. | A | Dividend | | | | | | | |
| 159. - RS FLOATING RATE FD CL Y | | | | | Sold | 02/11/13 | J | A | |
| 160. | A | Dividend | | | | | | | |
| 161. - JPMRGN LGCP GRTH FD SEL | | | | | Sold | 07/18/13 | J | A | |
| 162. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 163. | A | Dividend | | | | | | | |
| 164. - TOCQUEVILLE GOLD FUND | | None | | | Sold | 12/19/13 | J | A | |
| 165. | | | | | Sold (part) | 05/24/13 | J | A | |
| 166. | | | | | Sold (part) | 11/01/13 | J | A | |
| 167. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 168. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 169. - VANGUARD MSCI EMERGING | | | | | Buy (add'l) | 04/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | Buy | 04/14/13 | J | | |
| 171. | A | Dividend | J | T | | | | | |
| 172.  Individual Retirement Account (H) | | | | | | | | | |
| 173.  - AQR DIVERSIFIED ARBITRAGE FUND CL I | | | | | Sold (part) | 12/23/13 | J | A | |
| 174. | | | | | Sold (part) | 06/12/13 | J | A | |
| 175. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 176. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 177. | A | Dividend | J | T | | | | | |
| 178.  - BLACKROCK GLOBAL LONG SHORT CREDIT FUND CL I | | | | | Buy (add'l) | 12/23/13 | J | | |
| 179. | | | | | Sold (part) | 06/12/13 | J | A | |
| 180. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 181. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 182. | A | Dividend | J | T | | | | | |
| 183.  - DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | | None | J | T | Buy | 12/23/13 | J | | |
| 184.  - DOUBLELINE TOTAL RETURN BOND FUND CL I | | | | | Sold (part) | 12/23/13 | J | A | |
| 185. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 186. | | | | | Sold (part) | 09/27/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | | | | Sold (part) | 06/12/13 | J | A | |
| 188. | | | | | Sold (part) | 04/16/13 | J | A | |
| 189. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 190. | A | Dividend | J | T | | | | | |
| 191. - FAIRHOLME FUND | | | | | Sold (part) | 12/23/13 | J | B | |
| 192. | | | | | Sold (part) | 11/01/13 | J | A | |
| 193. | | | | | Buy (add'l) | 07/18/13 | J | | |
| 194. | | | | | Sold (part) | 06/12/13 | J | A | |
| 195. | | | | | Sold (part) | 04/16/13 | J | A | |
| 196. | A | Dividend | J | T | | | | | |
| 197. - SPDR INDEX SHS FDS | | None | J | T | Buy (add'l) | 12/23/13 | J | | |
| 198. - UAM FPA CRESCENT PORT | | | | | Buy (add'l) | 12/23/13 | J | | |
| 199. | | | | | Sold (part) | 05/24/13 | J | A | |
| 200. | | | | | Sold (part) | 04/16/13 | J | A | |
| 201. | A | Dividend | J | T | | | | | |
| 202. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | | | | | Buy (add'l) | 12/23/13 | J | | |
| 203. | | | | | Sold (part) | 06/12/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | Sold (part) | 05/24/13 | J | A | |
| 205. | | | | | Sold (part) | 04/16/13 | J | A | |
| 206. | A | Dividend | J | T | | | | | |
| 207. - POPLAR FOREST PARTNERS FUND CL I | | None | J | T | Buy | 12/23/13 | J | | |
| 208. - IVY ASSET STRATEGY FUND CL I | | None | J | T | Buy | 12/23/13 | J | | |
| 209. - KOPERNIK GLOBAL ALL CAP FUND INSTL CLASS | | None | J | T | Buy (add'l) | 12/23/13 | J | | |
| 210. | | | | | Buy | 11/01/13 | J | | |
| 211. - MATTHEWS ASIA DIVIDEND FUND INV CLASS | | | | | Sold (part) | 12/23/13 | J | A | |
| 212. | | | | | Sold (part) | 06/12/13 | J | A | |
| 213. | | | | | Sold (part) | 05/24/13 | J | A | |
| 214. | | | | | Sold (part) | 04/16/13 | J | A | |
| 215. | A | Dividend | J | T | | | | | |
| 216. - MAINSTAY MARKETFIELD FUND CL I | | | | | Sold (part) | 12/23/13 | J | A | |
| 217. | | | | | Sold (part) | 06/12/13 | J | A | |
| 218. | | | | | Sold (part) | 04/16/13 | J | A | |
| 219. | A | Dividend | J | T | | | | | |
| 220. - NEUBERGER BERMAN EMERG MARKETS EQUITY FUND INST | | None | J | T | Buy | 12/23/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. - THE OAKMARK INTL FUND | | | | | Buy (add'l) | 12/23/13 | J | | |
| 222. | | | | | Sold (part) | 06/12/13 | J | A | |
| 223. | | | | | Buy | 05/24/13 | J | | |
| 224. | A | Dividend | J | T | | | | | |
| 225. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | | | | | Sold (part) | 12/23/13 | J | A | |
| 226. | | | | | Sold (part) | 06/12/13 | J | A | |
| 227. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 228. | A | Dividend | J | T | | | | | |
| 229. - FIRST EAGLE GLOBAL CLASS I | | | | | Sold (part) | 12/23/13 | J | A | |
| 230. | | | | | Sold (part) | 06/12/13 | J | A | |
| 231. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 232. | A | Dividend | J | T | | | | | |
| 233. - TOCQUEVILLE GOLD FUND | | None | J | T | Buy (add'l) | 12/23/13 | J | | |
| 234. | | | | | Sold (part) | 11/01/13 | J | A | |
| 235. | | | | | Sold (part) | 06/12/13 | J | A | |
| 236. | | | | | Sold (part) | 05/24/13 | J | A | |
| 237. | | | | | Buy (add'l) | 04/16/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. | | | | | Buy | 02/11/13 | J | | |
| 239. - THORNBURG INVSMT INCOME BUILDER FUND CL I | | | | | Sold (part) | 12/23/13 | J | A | |
| 240. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 241. | | | | | Sold (part) | 06/12/13 | J | A | |
| 242. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 243. | | | | | Sold (part) | 04/16/13 | J | A | |
| 244. | A | Dividend | J | T | | | | | |
| 245. - VANGUARD VALUE ETF | | | | | Buy | 12/23/13 | J | | |
| 246. | A | Dividend | J | T | | | | | |
| 247. - VANGUARD GROWTH ETF | | | | | Sold (part) | 12/23/13 | J | A | |
| 248. | | | | | Sold (part) | 11/01/13 | J | A | |
| 249. | | | | | Buy | 06/20/13 | J | | |
| 250. | A | Dividend | J | T | | | | | |
| 251. - WASATCH FRONTIER EMERG SMALL CNTRY FD INV CLASS | | | | | Buy | 12/23/13 | J | | |
| 252. | A | Dividend | J | T | | | | | |
| 253. - WELLS FARGO ABSOLUTE RETURN FD CL ADM | | | | | Buy | 12/23/13 | J | | |
| 254. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. - VANGUARD MSCI EMERGING | | | | | Buy (add'l) | 12/23/13 | J | | |
| 256. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 257. | | | | | Sold (part) | 06/12/13 | J | A | |
| 258. | | | | | Buy | 05/24/13 | J | | |
| 259. | A | Dividend | J | T | | | | | |
| 260. - AMERICA MOVIL SAB DE CV | | None | J | T | Buy | 12/23/13 | J | | |
| 261. - DOUBLELINE TOT RTRN BD I | | | | | Sold | 02/11/13 | J | A | |
| 262. | A | Dividend | | | | | | | |
| 263. - MARKET VECTORS ETF TR | | None | | | Sold | 02/11/13 | J | A | |
| 264. - SPDR GOLD TRUST | | None | | | Sold | 07/18/13 | J | A | |
| 265. | | | | | Sold (part) | 06/12/13 | J | A | |
| 266. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 267. - GATEWAY FUND | | | | | Sold | 05/24/13 | J | A | |
| 268. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 269. | A | Dividend | | | | | | | |
| 270. - ISHARES RUSSELL TOP 200 VALUE ETF | | | | | Sold | 12/23/13 | J | | |
| 271. | | | | | Sold (part) | 11/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. | | | | | Sold (part) | 07/18/13 | J | A | |
| 273. | | | | | Sold (part) | 06/12/13 | J | A | |
| 274. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 275. | | | | | Sold (part) | 04/16/13 | J | A | |
| 276. | A | Dividend | | | | | | | |
| 277. - ISHARES RUSSELL TOP 200 GROWTH ETF | | | | | Sold | 06/20/13 | J | A | |
| 278. | | | | | Sold (part) | 06/12/13 | J | A | |
| 279. | | | | | Sold (part) | 04/16/13 | J | A | |
| 280. | A | Dividend | | | | | | | |
| 281. - L SAYLES STRT INC CL Y | | | | | Sold | 04/02/13 | J | A | |
| 282. | A | Dividend | | | | | | | |
| 283. - PIMCO ALL ASSET ALL AUTHORITY FUND CL P | | | | | Sold | 12/23/13 | J | A | |
| 284. | | | | | Sold (part) | 06/12/13 | J | A | |
| 285. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 286. | A | Dividend | | | | | | | |
| 287. - PRIN PRFD SEC FD CL P SECURITIES FUND CL P | | | | | Sold | 02/11/13 | J | A | |
| 288. | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. - RS FLOATING RATE FD CL Y | | | | | Sold | 02/11/13 | J | A | |
| 290. | A | Dividend | | | | | | | |
| 291. - JPMRGN LGCP GRTH FD SEL | | | | | Sold | 12/23/13 | J | A | |
| 292. | | | | | Sold (part) | 07/18/13 | J | A | |
| 293. | | | | | Sold (part) | 06/12/13 | J | A | |
| 294. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 295. | A | Dividend | | | | | | | |
| 296. - FIA CARD SVS NA RASP | | None | J | T | | | | | |
| 297. Individual Retirement Account (H) | | | | | | | | | |
| 298. - ACE LIMITED | | None | J | T | Buy (add'l) | 12/23/13 | J | | |
| 299. | | | | | Buy | 10/18/13 | J | | |
| 300. - AQR DIVERSIFIED ARBITRAGE FUND CL I | | | | | Sold (part) | 12/23/13 | J | A | |
| 301. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 302. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 303. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 304. | A | Dividend | J | T | | | | | |
| 305. - AUTOMATIC DATA PROC | | None | J | T | Buy (add'l) | 12/23/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. | | | | | Buy | 10/18/13 | J | | |
| 307. - AQR MANAGED FUTURES STRATEGY FUND CL I | | None | J | T | Buy | 12/23/13 | J | | |
| 308. - AMERICAN WTR WKS CO INC NEW | | | | | Buy (add'l) | 12/23/13 | J | | |
| 309. | | | | | Buy | 10/18/13 | J | | |
| 310. | A | Dividend | J | T | | | | | |
| 311. - AMER EXPRESS COMPANY | | None | J | T | Buy (add'l) | 12/23/13 | J | | |
| 312. | | | | | Buy | 10/18/13 | J | | |
| 313. - BLACKROCK GLOBAL LONG SHORT CREDIT FUND CL I | | | | | Buy (add'l) | 12/23/13 | J | | |
| 314. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 315. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 316. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 317. | A | Dividend | J | T | | | | | |
| 318. - CITIGROUP INC COM NEW | | None | J | T | Buy | 12/23/13 | J | | |
| 319. - CARDINAL HEALTH INC OHIO | | None | J | T | Buy | 12/23/13 | J | | |
| 320. - CATERPILLAR INC DEL | | None | J | T | Buy | 12/23/13 | J | | |
| 321. - COMCAST CORP NEW CL A | | None | J | T | Buy (add'l) | 12/23/13 | J | | |
| 322. | | | | | Buy | 10/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323.  - CUMMINS INC COM | | None | J | T | Buy | 12/23/13 | J | | |
| 324.  - COSTCO WHOLESALE CRP DEL | | | | | Buy (add'l) | 12/23/13 | J | | |
| 325. | | | | | Buy | 10/18/13 | J | | |
| 326. | A | Dividend | J | T | | | | | |
| 327.  - COVIDIEN PLC SHS NEW | | None | J | T | Buy | 12/23/13 | J | | |
| 328.  - CVS CAREMARK CORP | | None | J | T | Buy | 12/23/13 | J | | |
| 329.  - DOMINION RES INC NEW VA | | None | J | T | Buy | 12/23/13 | J | | |
| 330.  - DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | | None | K | T | Buy | 12/23/13 | K | | |
| 331.  - DOUBLELINE TOTAL RETURN BOND FUND CL I | | | | | Sold (part) | 12/23/13 | K | A | |
| 332. | | | | | Buy (add'l) | 11/01/13 | K | | |
| 333. | | | | | Sold (part) | 09/27/13 | K | A | |
| 334. | | | | | Buy (add'l) | 04/26/13 | K | | |
| 335. | | | | | Sold (part) | 04/16/13 | K | A | |
| 336. | | | | | Buy (add'l) | 02/11/13 | K | | |
| 337. | A | Dividend | K | T | | | | | |
| 338.  - DIAGEO PLC SPSD ADR NEW | | None | J | T | Buy | 12/23/13 | J | | |
| 339.  - DRIEHAUS EMERGING MKTS SM CAP GROWTH FD CL NONE | | None | J | T | Buy | 12/23/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. - FAIRHOLME FUND | | | | | Sold (part) | 12/23/13 | K | D | |
| 341. | | | | | Sold (part) | 11/01/13 | K | A | |
| 342. | | | | | Sold (part) | 07/18/13 | K | A | |
| 343. | | | | | Buy (add'l) | 04/26/13 | K | | |
| 344. | | | | | Sold (part) | 04/16/13 | K | A | |
| 345. | A | Dividend | K | T | | | | | |
| 346. - FIDELITY ADVISOR BIOTECHNOLOGY FD CL I | | | | | Buy (add'l) | 12/23/13 | J | | |
| 347. | | | | | Buy | 07/18/13 | J | | |
| 348. | A | Dividend | J | T | | | | | |
| 349. - FEDEXCORP DELAWARE COM | | None | J | T | Buy | 12/23/13 | J | | |
| 350. - SPDR INDEX SHS FDS | | | | | Buy (add'l) | 12/23/13 | K | | |
| 351. | | | | | Buy (add'l) | 05/24/13 | K | | |
| 352. | | | | | Buy (add'l) | 04/26/13 | K | | |
| 353. | | | | | Sold (part) | 04/16/13 | K | A | |
| 354. | A | Dividend | K | T | | | | | |
| 355. - UAM FPA CRESCENT PORT | | | | | Buy (add'l) | 12/23/13 | J | | |
| 356. | | | | | Sold (part) | 05/24/13 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. | | | | | Buy (add'l) | 04/26/13 | K | | |
| 358. | A | Dividend | K | T | | | | | |
| 359. - GOTHAM ABSOLUTE RETURN FUND INSTL CLASS | | None | J | T | Buy | 12/23/13 | K | | |
| 360. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | | | | | Sold (part) | 12/23/13 | K | A | |
| 361. | | | | | Sold (part) | 05/24/13 | K | A | |
| 362. | | | | | Buy (add'l) | 04/26/13 | K | | |
| 363. | | | | | Sold (part) | 04/16/13 | K | A | |
| 364. | A | Dividend | K | T | | | | | |
| 365. - GOLDMAN SACHS STRATEGIC INCOME FUND CL I | | | | | Sold (part) | 12/23/13 | J | A | |
| 366. | | | | | Buy | 09/27/13 | J | | |
| 367. | A | Dividend | J | T | | | | | |
| 368. - HOME DEPOT INC | | | | | Buy (add'l) | 12/23/13 | J | | |
| 369. | | | | | Buy | 10/18/13 | J | | |
| 370. | A | Dividend | J | T | | | | | |
| 371. - HESS CORP | | None | J | T | Buy | 12/23/13 | J | | |
| 372. - HONEYWELL INTL INC DEL | | None | J | T | Buy | 12/23/13 | J | | |
| 373. - HEWLETT PACKARD CO DEL | | None | J | T | Buy | 12/23/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 374. - FIA CARD SVS NA RASP | | None | J | T | | | | | |
| 375. - POPLAR FOREST PARTNERS FUND CL I | | None | K | T | Buy | 12/23/13 | K | | |
| 376. - IVY ASSET STRATEGY FUND CL I | | None | J | T | Buy | 12/23/13 | J | | |
| 377. - JANUS SHORT TERM BOND FUND CL I | | | | | Buy | 12/23/13 | J | | |
| 378. | A | Dividend | J | T | | | | | |
| 379. - JP MORGAN STRATEGIC INCOME OPP FUND | | | | | Sold (part) | 12/23/13 | J | A | |
| 380. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 381. | | | | | Buy | 02/11/13 | J | | |
| 382. | A | Dividend | J | T | | | | | |
| 383. - KOPERNIK GLOBAL ALL CAP FUND INSTL CLASS | | None | K | T | Buy (add'l) | 12/23/13 | K | | |
| 384. | | | | | Buy | 11/01/13 | K | | |
| 385. - SPDR KBW REGIONAL BANKIN ETF | | | | | Buy (add'l) | 12/23/13 | J | | |
| 386. | | | | | Buy | 07/18/13 | J | | |
| 387. | A | Dividend | J | T | | | | | |
| 388. - LOOMIS SAYLES SR FLOAT RTE & FIXD INC FD CL Y | | | | | Sold (part) | 12/23/13 | K | A | |
| 389. | | | | | Buy (add'l) | 04/26/13 | K | | |
| 390. | | | | | Sold (part) | 04/16/13 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. | | | | | Buy | 02/11/13 | J | | |
| 392. | A | Dividend | J | T | | | | | |
| 393. - MATTHEWS ASIA DIVIDEND FUND INV CLASS | | | | | Sold (part) | 12/23/13 | K | A | |
| 394. | | | | | Buy (add'l) | 05/24/13 | K | | |
| 395. | | | | | Buy (add'l) | 04/26/13 | K | | |
| 396. | | | | | Sold (part) | 04/16/13 | K | A | |
| 397. | A | Dividend | K | T | | | | | |
| 398. - MCDONALDS CORP COM | | | | | Buy (add'l) | 12/23/13 | J | | |
| 399. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 400. | A | Dividend | J | T | | | | | |
| 401. - MAINSTAY MARKETFIELD FUND CL I | | | | | Sold (part) | 12/23/13 | K | B | |
| 402. | | | | | Buy (add'l) | 04/26/13 | K | | |
| 403. | | | | | Sold (part) | 04/16/13 | K | A | |
| 404. | A | Dividend | K | T | | | | | |
| 405. - MONSANTO CO NEW DEL COM | | None | J | T | Buy | 12/23/13 | J | | |
| 406. - NEUBERGER BERMAN EMERG MARKETS EQUITY FUND INST | | None | K | T | Buy | 12/23/13 | K | | |
| 407. - NIKE INC CL B | | None | J | T | Buy (add'l) | 12/23/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 408. | | | | | Buy | 10/18/13 | J | | |
| 409.  - THE OAKMARK INTL FUND | | | | | Buy (add'l) | 12/23/13 | K | | |
| 410. | | | | | Buy | 05/24/13 | K | | |
| 411. | A | Dividend | K | T | | | | | |
| 412.  - ORACLE CORP $0.01 DEL | | None | J | T | Buy (add'l) | 12/23/13 | J | | |
| 413. | | | | | Buy | 11/20/13 | J | | |
| 414.  - PIMCO INCOME FUND CL P | | | | | Buy | 12/23/13 | J | | |
| 415. | A | Dividend | J | T | | | | | |
| 416.  - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | | | | | Sold (part) | 12/23/13 | K | A | |
| 417. | | | | | Buy (add'l) | 05/24/13 | K | | |
| 418. | | | | | Buy (add'l) | 04/26/13 | K | | |
| 419. | A | Dividend | K | T | | | | | |
| 420.  - FIRST EAGLE GLOBAL CLASS I | | | | | Sold (part) | 12/23/13 | K | A | |
| 421. | | | | | Buy (add'l) | 05/24/13 | K | | |
| 422. | | | | | Buy (add'l) | 04/26/13 | K | | |
| 423. | A | Dividend | K | T | | | | | |
| 424.  - SCHLUMBERGER LTD | | None | J | T | Buy | 12/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 425. - TOCQUEVILLE GOLD FUND | | None | J | T | Buy (add'l) | 12/23/13 | J | | |
| 426. | | | | | Sold (part) | 11/01/13 | J | A | |
| 427. | | | | | Sold (part) | 05/24/13 | K | A | |
| 428. | | | | | Buy (add'l) | 04/26/13 | K | | |
| 429. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 430. | | | | | Buy | 02/11/13 | J | | |
| 431. - THORNBURG INVSMT INCOME BUILDER FUND CL I | | | | | Sold (part) | 12/23/13 | K | A | |
| 432. | | | | | Buy (add'l) | 11/01/13 | K | | |
| 433. | | | | | Buy (add'l) | 05/24/13 | K | | |
| 434. | | | | | Buy (add'l) | 04/26/13 | K | | |
| 435. | | | | | Sold (part) | 04/16/13 | K | A | |
| 436. | A | Dividend | K | T | | | | | |
| 437. - THERMO FISHER SCIENTIFIC INC | | None | J | T | Buy (add'l) | 12/23/13 | J | | |
| 438. | | | | | Buy | 11/05/13 | J | | |
| 439. - PRICE T ROWE GROUP INC | | None | J | T | Buy | 12/23/13 | J | | |
| 440. - TEMPLETON GLOBAL TOTAL RETURN FUND CL ADV | | | | | Sold (part) | 12/23/13 | K | A | |
| 441. | | | | | Buy (add'l) | 04/26/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 54

Name of Person Reporting

Lewis, Mary G.

Date of Report

05/08/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442. | | | | | Sold (part) | 04/16/13 | J | A | |
| 443. | | | | | Buy | 04/02/13 | J | | |
| 444. | A | Dividend | J | T | | | | | |
| 445.  - UNITED TECHS CORP COM | | | | | Buy (add'l) | 12/23/13 | J | | |
| 446. | | | | | Buy | 10/18/13 | J | | |
| 447. | A | Dividend | J | T | | | | | |
| 448.  - VISA INC CL A SHRS | | | | | Buy (add'l) | 12/23/13 | J | | |
| 449. | | | | | Buy | 10/18/13 | J | | |
| 450. | A | Dividend | J | T | | | | | |
| 451.  - VALERO ENERGY CORP NEW | | None | J | T | Buy | 12/23/13 | J | | |
| 452.  - VANGUARD VALUE ETF | | | | | Buy | 12/23/13 | K | | |
| 453. | A | Dividend | K | T | | | | | |
| 454.  - VANGUARD GROWTH ETF | | | | | Sold (part) | 12/23/13 | K | C | |
| 455. | | | | | Sold (part) | 11/01/13 | K | A | |
| 456. | | | | | Buy | 06/20/13 | K | | |
| 457. | A | Dividend | K | T | | | | | |
| 458.  - VERIZON COMMUNICATNS COM | | | | | Sold (part) | 12/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 54

Name of Person Reporting

Lewis, Mary G.

Date of Report

05/08/2014

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 459. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 460. | | | | | Sold (part) | 04/16/13 | J | A | |
| 461. | A | Dividend | J | T | | | | | |
| 462. - WASATCH FRONTIER EMERG SMALL CNTRY FD INV CLASS | | | | | Buy | 12/23/13 | K | | |
| 463. | A | Dividend | K | T | | | | | |
| 464. - WELLS FARGO ABSOLUTE RETURN FD CL ADM | | | | | Buy | 12/23/13 | J | | |
| 465. | A | Dividend | J | T | | | | | |
| 466. - WELLS FARGO & CO NEW DEL | | None | J | T | Buy | 12/23/13 | J | | |
| 467. - AMERICA MOVIL SAB DE CV | | None | J | T | Buy | 12/23/13 | J | | |
| 468. - VANGUARD MSCI EMERGING | | | | | Buy (add'l) | 12/23/13 | K | | |
| 469. | | | | | Buy (add'l) | 06/20/13 | K | | |
| 470. | | | | | Buy | 05/24/13 | K | | |
| 471. | A | Dividend | K | T | | | | | |
| 472. - ABBVIE INC SHS | | | | | Sold | 12/23/13 | J | A | |
| 473. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 474. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 475. | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 54

Name of Person Reporting

Lewis, Mary G.

Date of Report

05/08/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 476.  - ABBOTT LABS | | None | | | Sold | 01/10/13 | J | A | |
| 477.  - BCE INC | | | | | Sold | 10/18/13 | J | A | |
| 478. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 479. | A | Dividend | | | | | | | |
| 480.  - BRISTOL-MYERS SQUIBB CO | | | | | Sold | 12/23/13 | J | A | |
| 481. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 482. | A | Dividend | | | | | | | |
| 483.  - CONAGRA FOODS INC | | | | | Sold | 10/18/13 | J | A | |
| 484. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 485. | A | Dividend | | | | | | | |
| 486.  - CMS ENERGY CORP | | | | | Sold | 07/02/13 | J | A | |
| 487. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 488. | | | | | Sold (part) | 04/16/13 | J | A | |
| 489. | A | Dividend | | | | | | | |
| 490.  - CHEVRON CORP | | | | | Sold | 12/23/13 | J | A | |
| 491. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 492. | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 54

Name of Person Reporting

Lewis, Mary G.

Date of Report

05/08/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 493.  - DOUBLELINE TOT RTRN BD I | | | | | Sold | 02/11/13 | J | A | |
| 494. | A | Dividend | | | | | | | |
| 495.  - DU PONT E I DE NEMOURS | | | | | Sold | 12/23/13 | J | A | |
| 496. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 497. | A | Dividend | | | | | | | |
| 498.  - DIGITAL RLTY TR INC | | | | | Sold | 10/18/13 | J | A | |
| 499. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 500. | A | Dividend | | | | | | | |
| 501.  - EATON CORP PLC | | | | | Sold | 12/23/13 | J | A | |
| 502. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 503. | A | Dividend | | | | | | | |
| 504.  - MARKET VECTORS ETF TR | | None | | | Sold | 02/11/13 | J | A | |
| 505.  - GENERAL ELECTRIC | | | | | Sold | 12/23/13 | J | A | |
| 506. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 507. | A | Dividend | | | | | | | |
| 508.  - SPDR GOLD TRUST | | None | | | Sold | 07/18/13 | J | A | |
| 509. | | | | | Buy (add'l) | 04/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 510. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 511.  - GATEWAY FUND | | | | | Sold | 05/24/13 | J | A | |
| 512. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 513. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 514. | A | Dividend | | | | | | | |
| 515.  - ISHARES GOLD TR | | None | | | Sold | 12/23/13 | J | A | |
| 516. | | | | | Sold (part) | 11/01/13 | J | A | |
| 517. | | | | | Buy | 07/18/13 | J | | |
| 518.  - INTL BUSINESS MACHINES | | | | | Sold | 12/23/13 | J | A | |
| 519. | | | | | Buy | 10/18/13 | J | | |
| 520. | A | Dividend | | | | | | | |
| 521.  - INTEL CORP | | | | | Sold | 12/23/13 | J | A | |
| 522. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 523. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 524. | A | Dividend | | | | | | | |
| 525.  - ISHARES RUSSELL TOP 200 VALUE ETF | | | | | Sold | 12/23/13 | K | B | |
| 526. | | | | | Sold (part) | 11/01/13 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 54

Name of Person Reporting

Lewis, Mary G.

Date of Report

05/08/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 527. | | | | | Sold (part) | 07/18/13 | J | A | |
| 528. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 529. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 530. | | | | | Sold (part) | 04/16/13 | J | A | |
| 531. | A | Dividend | | | | | | | |
| 532. - ISHARES RUSSELL TOP 200 GROWTH ETF | | | | | Sold | 06/20/13 | J | B | |
| 533. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 534. | | | | | Sold (part) | 04/16/13 | J | A | |
| 535. | A | Dividend | | | | | | | |
| 536. - JPMORGAN CHASE & CO | | | | | Sold | 12/23/13 | J | A | |
| 537. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 538. | A | Dividend | | | | | | | |
| 539. - KIMBERLY CLARK | | | | | Sold | 10/18/13 | J | A | |
| 540. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 541. | | | | | Sold (part) | 04/16/13 | J | A | |
| 542. | A | Dividend | | | | | | | |
| 543. - KRAFT FOODS GROUP INC | | | | | Sold | 12/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 544. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 545. | | | | | Sold (part) | 04/16/13 | J | A | |
| 546. | A | Dividend | | | | | | | |
| 547.  - ALTRIA GROUP INC | | | | | Sold | 12/23/13 | J | A | |
| 548. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 549. | | | | | Sold (part) | 04/16/13 | J | A | |
| 550. | A | Dividend | | | | | | | |
| 551.  - MERCK AND CO INC SHS | | | | | Sold | 11/05/13 | J | A | |
| 552. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 553. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 554. | A | Dividend | | | | | | | |
| 555.  - MICROSOFT CORP | | | | | Sold | 11/20/13 | J | A | |
| 556. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 557. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 558. | A | Dividend | | | | | | | |
| 559.  - NEXTERA ENERGY INC SHS | | | | | Sold | 12/23/13 | J | A | |
| 560. | | | | | Buy (add'l) | 07/02/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 561. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 562. | A | Dividend | | | | | | | |
| 563. - L SAYLES STRT INC CL Y | | | | | Sold | 04/02/13 | J | A | |
| 564. | A | Dividend | | | | | | | |
| 565. - OCCIDENTAL PETE CORP CAL | | | | | Sold | 12/23/13 | J | A | |
| 566. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 567. | | | | | Buy | 04/16/13 | J | | |
| 568. | A | Dividend | | | | | | | |
| 569. - PIMCO ALL ASSET ALL AUTHORITY FUND CL P | | | | | Sold | 12/23/13 | K | A | |
| 570. | | | | | Buy (add'l) | 04/26/13 | K | | |
| 571. | | | | | Buy (add'l) | 04/16/13 | K | | |
| 572. | A | Dividend | | | | | | | |
| 573. - PACCAR INC | | | | | Sold | 12/23/13 | J | A | |
| 574. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 575. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 576. | A | Dividend | | | | | | | |
| 577. - PG&E CORP | | | | | Sold | 10/18/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 578. | | | | | Buy | 07/02/13 | J | | |
| 579. | A | Dividend | | | | | | | |
| 580.  - PHILIP MORRIS INTL INC | | | | | Sold | 12/23/13 | J | A | |
| 581. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 582. | A | Dividend | | | | | | | |
| 583.  - PPL CORPORATION | | | | | Sold | 10/18/13 | J | A | |
| 584. | | | | | Buy | 07/02/13 | J | | |
| 585. | A | Dividend | | | | | | | |
| 586.  - PRIN PRFD SEC FD CL P SECURITIES FUND CL P | | | | | Sold | 02/11/13 | J | A | |
| 587. | A | Dividend | | | | | | | |
| 588.  - ROYAL DUTCH SHEL PLC | | None | | | Sold | 02/08/13 | J | A | |
| 589.  - RS FLOATING RATE FD CL Y | | | | | Sold | 02/11/13 | J | A | |
| 590. | A | Dividend | | | | | | | |
| 591.  - RS SELECT GROWTH FUND | | | | | Sold | 12/23/13 | J | A | |
| 592. | | | | | Buy | 07/18/13 | J | | |
| 593. | A | Dividend | | | | | | | |
| 594.  - SPECTRA ENERGY CORP | | | | | Sold | 12/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 595. | | | | | Sold (part) | 10/18/13 | J | A | |
| 596. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 597. | A | Dividend | | | | | | | |
| 598.  - JPMRGN LGCP GRTH FD SEL | | | | | Sold | 12/23/13 | K | C | |
| 599. | | | | | Sold (part) | 07/18/13 | K | B | |
| 600. | | | | | Buy (add'l) | 04/26/13 | K | | |
| 601. | A | Dividend | | | | | | | |
| 602.  - SEMPRA ENERGY | | | | | Sold | 07/02/13 | J | A | |
| 603. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 604. | A | Dividend | | | | | | | |
| 605.  - AT&T INC | | | | | Sold | 10/18/13 | J | A | |
| 606. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 607. | | | | | Sold (part) | 04/16/13 | J | A | |
| 608. | A | Dividend | | | | | | | |
| 609.  - TORONTO DOMINION BANK | | | | | Sold | 12/23/13 | J | A | |
| 610. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 611. | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 612.  - THOMSON REUTERS CORP | | | | | Sold | 10/18/13 | J | A | |
| 613. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 614. | | | | | Buy | 03/22/13 | J | | |
| 615. | A | Dividend | | | | | | | |
| 616.  - TIME WARNER INC SHS | | | | | Sold | 03/22/13 | J | A | |
| 617. | A | Dividend | | | | | | | |
| 618.  - VENTAS INC | | | | | Sold (part) | 12/23/13 | J | A | |
| 619. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 620. | | | | | Sold (part) | 04/16/13 | J | A | |
| 621. | A | Dividend | J | T | | | | | |
| 622.  - XCEL ENERGY INC | | | | | Sold | 07/02/13 | J | A | |
| 623. | A | Dividend | | | | | | | |
| 624.  - GLAXOSMITHKLINE PLC ADR | A | Dividend | J | T | | | | | |
| 625.  TRUST #1 (H) | | | | | | | | | |
| 626.  - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 627.  - ACE LIMITED | | None | J | T | Buy | 10/09/13 | J | | |
| 628.  - AUTOMATIC DATA PROC | | None | J | T | Buy | 10/09/13 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 629. - AMERICAN WTR WKS CO INC NEW | | | | | Buy | 10/09/13 | J | | |
| 630. | A | Dividend | J | T | | | | | |
| 631. - AMER EXPRESS COMPANY | | None | K | T | Buy | 10/09/13 | K | | |
| 632. - CITIGROUP INC COM NEW | | | | | Buy | 10/09/13 | J | | |
| 633. | A | Dividend | J | T | | | | | |
| 634. - CARDINAL HEALTH INC OHIO | | None | J | T | Buy | 10/31/13 | J | | |
| 635. - CATERPILLAR INC DEL | | | | | Buy | 10/09/13 | J | | |
| 636. | A | Dividend | J | T | | | | | |
| 637. - COMCAST CORP NEW CL A | | None | J | T | Buy | 10/09/13 | J | | |
| 638. - COSTCO WHOLESALE CRP DEL | | | | | Buy | 10/09/13 | K | | |
| 639. | A | Dividend | J | T | | | | | |
| 640. - COVIDIEN PLC SHS NEW | | None | K | T | Buy | 10/09/13 | K | | |
| 641. - CVS CAREMARK CORP | | | | | Buy | 10/09/13 | K | | |
| 642. | A | Dividend | K | T | | | | | |
| 643. - DOMINION RES INC NEW VA | | | | | Buy | 10/09/13 | J | | |
| 644. | A | Dividend | J | T | | | | | |
| 645. - DIAGEO PLC SPSD ADR NEW | | None | K | T | Buy | 10/09/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 646. - FEDEX CORP DELAWARE COM | | None | J | T | Buy | 10/09/13 | J | | |
| 647. - HOME DEPOT INC | | | | | Buy | 10/09/13 | J | | |
| 648. | A | Dividend | J | T | | | | | |
| 649. - HESS CORP | | | | | Buy | 10/09/13 | K | | |
| 650. | A | Dividend | K | T | | | | | |
| 651. - HONEYWELL INTL INC DEL | | | | | Buy | 10/09/13 | K | | |
| 652. | A | Dividend | K | T | | | | | |
| 653. - MCDONALDS CORP COM | | | | | Sold (part) | 10/09/13 | J | A | |
| 654. | | | | | Sold (part) | 04/16/13 | J | A | |
| 655. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 656. | A | Dividend | J | T | | | | | |
| 657. - MONSANTO CO NEW DEL COM | | None | J | T | Buy | 10/09/13 | J | | |
| 658. - NIKE INC CL B | | None | J | T | Buy | 10/09/13 | J | | |
| 659. - ORACLE CORP $0.01 DEL | | None | K | T | Buy | 10/09/13 | K | | |
| 660. - SCHLUMBERGER LTD | | None | J | T | Buy | 10/09/13 | J | | |
| 661. - THERMO FISHER SCIENTIFIC INC | | None | K | T | Buy | 10/09/13 | K | | |
| 662. - PRICE T ROWE GROUP INC | | | | | Buy | 10/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 663. | A | Dividend | J | T | | | | | |
| 664. - UNITED TECHS CORP COM | | | | | Buy | 10/09/13 | K | | |
| 665. | A | Dividend | K | T | | | | | |
| 666. - VISA INC CL A SHRS | | | | | Buy | 10/09/13 | J | | |
| 667. | A | Dividend | J | T | | | | | |
| 668. - VALERO ENERGY CORP NEW | | | | | Buy | 10/09/13 | K | | |
| 669. | A | Dividend | K | T | | | | | |
| 670. - VERIZON COMMUNICATNS COM | | | | | Sold | 10/09/13 | J | C | |
| 671. | | | | | Sold (part) | 04/16/13 | J | A | |
| 672. | | | | | Sold (part) | 03/21/13 | J | B | |
| 673. | A | Dividend | | | | | | | |
| 674. - WELLS FARGO & CO NEW DEL | | | | | Buy | 10/09/13 | J | | |
| 675. | A | Dividend | J | T | | | | | |
| 676. - AMERICA MOVIL SAB DE CV | | | | | Buy | 10/09/13 | J | | |
| 677. | A | Dividend | J | T | | | | | |
| 678. - ACCENTURE PLC SHS | | None | J | T | Buy | 10/09/13 | J | | |
| 679. - INTL BUSINESS MACHINES | | | | | Buy | 10/09/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 680. | A | Dividend | J | T | | | | | |
| 681.  - ABBVIE INC SHS | | | | | Sold | 10/09/13 | K | | |
| 682. | | | | | Sold (part) | 04/16/13 | J | A | |
| 683. | | | | | Sold (part) | 03/21/13 | J | A | |
| 684. | | | | | Buy (add'l) | 01/10/13 | J | | |
| 685. | A | Dividend | | | | | | | |
| 686.  - ABBOTT LABS | | None | | | Sold | 01/10/13 | J | B | |
| 687.  - BCE INC | | | | | Sold | 10/09/13 | J | B | |
| 688. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 689. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 690. | A | Dividend | | | | | | | |
| 691.  - BRISTOL-MYERS SQUIBB CO | | | | | Sold | 10/09/13 | J | C | |
| 692. | | | | | Sold (part) | 04/16/13 | J | A | |
| 693. | | | | | Sold (part) | 03/21/13 | J | A | |
| 694. | A | Dividend | | | | | | | |
| 695.  - CONAGRA FOODS INC | | | | | Sold | 10/09/13 | J | A | |
| 696. | | | | | Buy (add'l) | 04/16/13 | J | | |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less        K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
   (See Column C2)           U =Book Value             V =Other                  W =Estimated

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 697. | | | | | Sold (part) | 03/21/13 | K | A | |
| 698. | A | Dividend | | | | | | | |
| 699. - CMS ENERGY CORP | | | | | Sold | 07/02/13 | J | B | |
| 700. | | | | | Sold (part) | 04/16/13 | J | A | |
| 701. | | | | | Sold (part) | 03/21/13 | J | A | |
| 702. | A | Dividend | | | | | | | |
| 703. - CHEVRON CORP | | | | | Sold | 10/09/13 | K | C | |
| 704. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 705. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 706. | A | Dividend | | | | | | | |
| 707. - DU PONT E I DE NEMOURS | | | | | Sold | 10/09/13 | J | B | |
| 708. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 709. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 710. | A | Dividend | | | | | | | |
| 711. - DIGITAL RLTY TR INC | | | | | Sold | 10/09/13 | J | A | |
| 712. | | | | | Sold (part) | 04/16/13 | J | A | |
| 713. | | | | | Buy (add'l) | 03/21/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 714. | A | Dividend | | | | | | | |
| 715. - EATON CORP PLC | | | | | Sold | 10/09/13 | K | C | |
| 716. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 717. | | | | | Sold (part) | 03/21/13 | K | A | |
| 718. | A | Dividend | | | | | | | |
| 719. - GENERAL ELECTRIC | | | | | Sold | 10/09/13 | K | A | |
| 720. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 721. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 722. | A | Dividend | | | | | | | |
| 723. - INTEL CORP | | | | | Sold | 10/09/13 | K | A | |
| 724. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 725. | A | Dividend | | | | | | | |
| 726. - JPMORGAN CHASE & CO | | | | | Sold | 10/09/13 | J | B | |
| 727. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 728. | | | | | Sold (part) | 03/21/13 | J | A | |
| 729. | A | Dividend | | | | | | | |
| 730. - KIMBERLY CLARK | | | | | Sold | 10/09/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 731. | | | | | Sold (part) | 04/16/13 | K | A | |
| 732. | | | | | Sold (part) | 03/21/13 | K | A | |
| 733. | A | Dividend | | | | | | | |
| 734. - KRAFT FOODS GROUP INC | | | | | Sold | 10/09/13 | J | B | |
| 735. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 736. | | | | | Sold (part) | 03/21/13 | J | A | |
| 737. | A | Dividend | | | | | | | |
| 738. - MCKESSON CORPORATION COM | | None | | | Sold | 10/31/13 | J | B | |
| 739. | | | | | Buy | 10/09/13 | J | | |
| 740. - ALTRIA GROUP INC | | | | | Sold | 10/09/13 | J | B | |
| 741. | | | | | Sold (part) | 04/16/13 | J | A | |
| 742. | | | | | Sold (part) | 03/21/13 | J | A | |
| 743. | A | Dividend | | | | | | | |
| 744. - MERCK AND CO INC SHS | | | | | Sold | 10/09/13 | K | B | |
| 745. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 746. | | | | | Sold (part) | 04/16/13 | J | A | |
| 747. | | | | | Sold (part) | 03/21/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Lewis, Mary G. 05/08/2014

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 748. | A | Dividend | | | | | | | |
| 749.  - MICROSOFT CORP | | | | | Sold | 10/09/13 | K | B | |
| 750. | | | | | Sold (part) | 04/16/13 | J | A | |
| 751. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 752. | A | Dividend | | | | | | | |
| 753.  - NEXTERA ENERGY INC SHS | | | | | Sold | 10/09/13 | K | C | |
| 754. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 755. | | | | | Sold (part) | 04/16/13 | J | A | |
| 756. | | | | | Sold (part) | 03/21/13 | J | A | |
| 757. | A | Dividend | | | | | | | |
| 758.  - OCCIDENTAL PETE CORP CAL | | | | | Sold | 10/09/13 | K | B | |
| 759. | | | | | Sold (part) | 04/16/13 | J | A | |
| 760. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 761. | | | | | Buy | 02/08/13 | J | | |
| 762. | A | Dividend | | | | | | | |
| 763.  - PACCAR INC | | | | | Sold | 10/09/13 | K | B | |
| 764. | | | | | Buy (add'l) | 04/16/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 765. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 766. | A | Dividend | | | | | | | |
| 767. - PG&E CORP | | | | | Sold | 10/09/13 | J | A | |
| 768. | | | | | Buy | 07/02/13 | J | | |
| 769. | A | Dividend | | | | | | | |
| 770. - PHILIP MORRIS INTL INC | | | | | Sold | 10/09/13 | J | B | |
| 771. | | | | | Sold (part) | 04/16/13 | J | A | |
| 772. | | | | | Sold (part) | 03/21/13 | J | B | |
| 773. | A | Dividend | | | | | | | |
| 774. - PPL CORPORATION | | | | | Sold | 10/09/13 | J | A | |
| 775. | | | | | Buy | 07/02/13 | J | | |
| 776. | A | Dividend | | | | | | | |
| 777. - ROYAL DUTCH SHELL PLC | | | | | Sold | 03/21/13 | J | A | |
| 778. | A | Dividend | | | | | | | |
| 779. - ROYAL DUTCH SHEL PLC | | | | | Sold | 02/08/13 | J | A | |
| 780. - SPECTRA ENERGY CORP | | | | | Sold | 10/09/13 | K | C | |
| 781. | | | | | Sold (part) | 04/16/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 782. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 783. | A | Dividend | | | | | | | |
| 784. - SEMPRA ENERGY | | | | | Sold | 07/02/13 | J | C | |
| 785. | | | | | Sold (part) | 03/21/13 | J | A | |
| 786. | A | Dividend | | | | | | | |
| 787. - AT&T INC | | | | | Sold | 10/09/13 | J | B | |
| 788. | | | | | Sold (part) | 04/16/13 | J | A | |
| 789. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 790. | A | Dividend | | | | | | | |
| 791. - TORONTO DOMINION BANK | | | | | Sold | 10/09/13 | J | B | |
| 792. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 793. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 794. | A | Dividend | | | | | | | |
| 795. - THOMSON REUTERS CORP | | | | | Sold | 10/09/13 | J | A | |
| 796. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 797. | | | | | Buy | 03/21/13 | J | | |
| 798. | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 799. - TIME WARNER INC SHS | | | | | Sold | 03/21/13 | J | C | |
| 800. | A | Dividend | | | | | | | |
| 801. - VENTAS INC | | | | | Sold | 10/09/13 | J | B | |
| 802. | | | | | Sold (part) | 04/16/13 | K | A | |
| 803. | | | | | Sold (part) | 03/21/13 | K | A | |
| 804. | A | Dividend | | | | | | | |
| 805. - XCEL ENERGY INC | | | | | Sold | 07/02/13 | J | B | |
| 806. | A | Dividend | | | | | | | |
| 807. - GLAXOSMITHKLINE PLC ADR | A | Dividend | J | T | | | | | |
| 808. BROKERAGE ACCOUNTS (H) | | | | | | | | | |
| 809. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 810. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 811. - DAVIS NY VENTURE FD CL A | A | Dividend | J | T | | | | | |
| 812. - FIRST EAGLE GLOBAL CLASS C | | | | | Buy | 03/28/13 | J | | |
| 813. | A | Dividend | J | T | | | | | |
| 814. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD CL C | | | | | Buy | 03/28/13 | K | | |
| 815. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 816. - THORNBURG INCOME BUILDER FUND CLASS C | | | | | Buy (add'l) | 03/28/13 | J | | |
| 817. | A | Dividend | J | T | | | | | |
| 818. - BLACKROCK GLOBAL ALLOC C | | None | | | Sold | 03/28/13 | K | B | |
| 819. - DAVIS NY VENTURE FD B | | None | | | Redeemed | 08/01/13 | J | | |
| 820. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 821. - BLACKROCK GLOBAL ALLOCATION FD INC C | B | Dividend | K | T | | | | | |
| 822. Investors Title common stock | A | Dividend | J | T | | | | | |
| 823. 529 College Savings Plan (H) | C | Dividend | K | T | | | | | |
| 824. Wells Fargo Bank Deposit Sweep (H) | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

"Lewis & Babcock LLP 401(k) Plan" reported on line 480 of the 2012 Financial Disclosure Report was rolled over into an Individual Retirement Account held at Merrill Lynch on 4/25/2013. This is reflected in the Individual Retirement Account reported on lines 297 through 624 of the 2013 Financial Disclosure Report.

"Merrill Lynch Cash" on lines 181 and 358 of the 2012 Financial Disclosure Report is valued below the amount reguiring it to be reportable therefore excluding it from the 2013 Financial Disclosure Report.

"Cash in Bank - SCB&T" on line 15 of the 2012 Financial Disclosure Report has been depleted through monthly expenses and is valued below the amount reguiring it to be reportable therefore excluding it from the 2013 Financial Disclosure Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary G. Lewis**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544